# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,

    Plaintiff,

v.                                               Case No. 1:11cr136-4

Allan Finch,                           Judge Michael R. Barrett

    Defendant.

## ORDER

Before the Court is Defendant's Request for Determination of Mental Competency to Stand Trial Pursuant to 18 U.S.C. § 4241 (Doc. 44) and Request for Determination of the Existence of Insanity at the Time of Offense Pursuant to 18 U.S.C. § 4242 (Doc. 45) . A hearing these motions was conducted on January 5, 2012 wherein the United States does not object.

Accordingly, pursuant 18 U.S.C. § 4241(b), the Motions are **GRANTED**. Accordingly, the United States Pretrial Services, has arranged for a psychiatric and/or psychological examination and report pursuant to the provisions of 18 U.S.C. § 4247(b) and (c). Upon completion of the examination and under 4247(c), a report shall be prepared and shall be sent to:

> Honorable Michael R. Barrett
> 239 Potter Stewart United States Courthouse
> 100 East Fifth Street
> Cincinnati, Ohio 45202

This Court will provide copies to counsel for the defendant and counsel for the United States, and schedule a hearing in accordance with 18 U.S.C. § 4247(d).

Pursuant to the Speedy Trial Act provisions of 18 U.S.C. § 3161(h)(1)(A), the time required for trial of the defendant and his co-defendants, as this matter is part of a multi-defendant case involving a conspiracy to distribute a controlled substance, shall be tolled from the date of the instant order until the results of said psychiatric examination are received by the Court, such period being a delay contemplated by 18 U.S.C. § 3161(h)(1)(A).

**IT IS SO ORDERED.**

                                                 *S/Michael R. Barrett*

January 5, 2012                                       Michael R. Barrett
bac                                               United States District Judge